# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00521-CV

**Raising Cane's Restaurants, LLC, Appellant**

**v.**

**Jacobi Thomas and Nayima Neiel, Appellees**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-25-000097, THE HONORABLE SHERINE E. THOMAS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Raising Cane's Restaurants, LLC, has filed an unopposed motion to dismiss the appeal because the parties have settled their dispute. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellant's Motion

Filed: November 7, 2025